1  STDM
KARL H. SMITH, ESQ.
2  State Bar No. 006504
**LAW OFFICES OF KARL H. SMITH**
3  7455 Arroyo Crossing Parkway, Suite 200
Las Vegas, NV 89113
4  Phone: (702) 408-3800
karl.smith@farmersinsurance.com
5  Attorney for Defendants,
21ST CENTURY NORTH AMERICA INSURANCE COMPANY; 21ST CENTURY INSURANCE
6  AND FINANCIAL SERVICES, INC.;  FARMERS INSURANCE EXCHANGE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

~~~~~~~

| | |
|---|---|
| CONRAD T. MAHONEY,<br><br>     Plaintiff,<br><br>     vs.<br><br>21ST CENTURY NORTH AMERICA INSURANCE COMPANY, a Delaware Company; 21st CENTURY INSURANCE AND FINANCIAL SERVICES, INC., a Delaware Company, FARMERS INSURANCE EXCHANGE, DOES I-X, inclusive and ROE BUSINESS ENTITIES,<br><br>     Defendants. | Case No.: 2:15-CV-01294-GMN-VCF |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

     IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Conrad T. Mahoney by and through counsel of record, Ramzy P. Ladah, Esq., and Defendants, 21st Century North America Insurance Company; 21st Century Insurance and Financial Services, Inc.;  Farmers Insurance Exchange, by and through counsel of record, Karl H. Smith, Esq., of Law Offices of Karl H. Smith that the above entitled matter may be dismissed, with prejudice, with each of the parties to pay their own fees and costs incurred therein.

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE  - 1

IT IS FURTHER STIPULATED AND AGREED TO that a Scheduling Order has not been entered, therefore no firm trial date has been set.

DATED: May 26, , 2016         LADAH LAW FIRM, PLLC

BY:   /S/ *Ramzy P. Ladah*
_____
RAMZY P. LADAH, #011405
Attorney for Plaintiff, Conrad Mahoney

DATED:  May 26, , 2016        LAW OFFICES OF KARL H. SMITH
BY:   /s/ *Karl H. Smith*
_____
KARL H. SMITH, ESQ., # 006504
Attorney for Defendants, 21st Century North America Insurance Company; 21st Century Insurance and Financial Services, Inc.;   Farmers Insurance Exchange

**ORDER**

IT IS SO ORDERED this  13  day of May, 2016.  Case No.: 2:15-CV-01294-GMN-VCF is Dismissed with Prejudice.

_____
U.S. DISTRICT COURT JUDGE

Submitted By:

LAW OFFICES OF KARL H. SMITH

/s/  *Karl H. Smith*
_____
Karl H. Smith, Esq.
Attorney for Defendants

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE  - 2